**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:05 am, Dec 23, 2024*
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

Dianna Grace Reuter, Plaintiff

v.

Jury Trial Requested[1]
___ Yes ☑ No

The City of Boston
The City of Delta
The City of Montrose
International Hostel USA
New England Law, Defendants

ACTION[2]

A. PLAINTIFF[3]

Dianna Grace Reuter and 724 N 4th Street, Montrose, CO 81401
      (name)                              (mailing address)
(857) 777-6037 and skireuter@gmail.com
  (telephone number)        (e-mail address)

B. DEFENDANTS' INFORMATION[4][5]

D1: The City of Boston, One City Hall Square, Suite 500, Boston, Massachusetts, 02201-2013;

D2: The City of Delta, 360 Main Street, Delta, Colorado 81416;

D3: The City of Montrose, 300 E Main Street, Montrose, Colorado 81401;

---

[1] No jury requested because Batman® shall not duel P's Batson challenge(s).
[2] Action ≡ Complaint
[3] Plaintiff ≡ P.
[4] Defendants' names, mailing addresses, telephone numbers, and e-mail addresses (if known) are provided in that order.
[5] Defendant 1 ≡ D1, etc.

Action S1 12.21.24

D4: Hostelling International USA, 8455 Colesville Road, Suite 1255, Silver Spring, Maryland, 20910;

D5: New England Law, 154 Stuart Street, Boston, Massachusetts 02116.

C. JURISDICTION

i. *Federal question(s) pursuant to 28 U.S.Code § 1331* (P's claims arise under federal statutes, laws or treaties of the United States, state laws, and The Constitution of the United States.)[6]

a. Federal Statutes[7]

*1.* 8 U.S. Code § 1325 - Improper entry by alien, and/or;

*2.* 18 U.S. Code § 241. Conspiracy against rights - No persons are to conspire to injure, oppress, threaten, deprive or intimidate any person the free exercise or enjoyment of any right or privilege protected by the Constitution or laws of the United States, and/or;

*3.* 18 U.S. Code § 242 - Deprivation of rights under color of law includes acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. [The Court may extend this statute to encompass experts or authorities in the eyes of the law and/or facilities purporting to or pretending to act in the performance of care of persons], and/or;

*4.* 18 U.S. Code § 249 - Hate crimes act - Includes offenses causing any bodily damage - internally or externally - committed by persons - whether or not acting under the color of law regardless of actual or perceived religion, national origin, gender, physical or mental disability, and/or;

---

[6] Federal statutes, laws or treaties of the United States, state statutes, and provisions under The Constitution of the United States ≡ *Rule of Law*.

[7] The Court is respectfully requested to apply federal law in all circumstances, unless not applicable; thereby, the Court is respectfully requested to apply applicable state law.

Action S₁ 12.21.24

*5.* 18 U.S. Code § 641 - Public money, property or records, including, stealing, embezzlement, knowingly converting, selling, conveying, and disposing of, and/or;

*6.* 18 U.S. Code § 1001 - Materially false, fraudulent or fictitious statements or entry, concealment, and/or;

*7.* 18 U.S. Code § 1002 - Possession of false, altered, or counterfeited writing or other papers to defraud the United States or any agency, officer or agent thereof, any sum of money, and/or;

*8.* 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information, and/or;

*9.* 18 U.S. Code § 1031 - Major fraud against The United States, and/or;

*10.* 18 U.S. Code § 1038 - False information and hoaxes, and/or;

*11.* 18 U.S. Code § 1113 - Manslaughter attempted, and/or

*12.* 18 U.S. Code § 1201 - Kidnapping, conspiracy to kidnap, attempt to kidnap, and other related crimes, and/or;

*13.* 18 U.S. Code § 1202 - Kidnapping - Ransom Money, and/or;

*14.* 18 U.S. Code § 1519 - Tampering with or destruction of evidence, alteration or falsification of records, and/or;

*15.* 21 U.S. Code § 846 - Attempt or conspiracy, and/or;

*16.* 28 U.S. Code § 4101 - Defamation of character includes definitions, and/or;

*17.* 42 U.S. Code § 1983 - Civil action for deprivation of rights, and/or;

b. <u>Laws - procedural and substantive or Treaties</u>

*18.* Federal Code of Regulations (FCR) 25 CFR § 11.401 - Recklessly endangering another person, and/or;

Action S₁ 12.21.24

c. State statutes

*S1*. Colorado Revised Statutes (C.R.S.) § 16-3-201. Arrest by a private person[8], and/or;

*S2*. C.R.S. § 16-3-201. Arrest by a private person as applicable to Federal Offense(s) and/or Massachusetts law, and/or;[9]

*S3*. C.R.S. § 18-3-301. First degree kidnapping, and/or;

*S4*. C.R.S. § 18-3-302. Second degree kidnapping, and/or;

*S5*. MGL c. 272, § 98. Discrimination in admission to, or treatment in, place of public accommodation; punishment; forfeiture; civil right, and/or;

*S6*. MGL c. 266 § 30. Steal or embezzle or convert property.

d. Provisions of The United States Constitution at issue in this Action

*19*. The Eighth Amendment of The Constitution of the United States of America - the right to freedom from cruel and unusual punishments, and/or;

*20*. The Ninth Amendment of The Constitution of the United States - other rights of P including the right to person, and/or;

*21*. The 14th Amendment to The Constitution of the United States of America - P's rights of citizenship, equal protection, and due process.

ii. *Diversity of citizenship pursuant to 28 U.S.Code § 1332* (a matter between individual(s) or corporate citizen(s) of different states and the amount in controversy exceeds $75,000).

P is a citizen of the state of Colorado.

D2, D3 are citizens of the state of Colorado.

D4 is a citizen of Maryland.

D1, D5 are citizens of the state of Massachusetts.

---

[8] Batman® statute.

[9] In Massachusetts a private citizen may lawfully arrest someone who has in fact committed a felony. *Commonwealth v. Lussier*, 333 Mass. 83, 92 (1955), masscases.com.

Action S1 12.21.24

D. STATEMENT OF CLAIMS[10][11]

(States in clear and concise terms each claim. For each claim, specifies the rule of law or laws violated and states facts that support claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. P reserves the right to raise additional claims against Ds before, during, or after trial.)

GENERAL CLAIM

Ds challenged P via kidnapping, bait and switching, fraud and hoax in their game of folly.

P is not Ds' enemy.

I. Claim against D1 - The City of Boston

*D1 Facts*:

¶1. R 18 August, 2022, P called 911 due to D4's threats; instead of helping P,

¶2. D1 in conspiracy or hoax with D4 helped themselves to P's milk;

¶3. R 18 August, 2022, D1 took P's milk and groceries in conspiracy or hoax with D4, perhaps other Ds.

¶4. R 18 August, 2022, D1 told P to "*E*njoy *B*oston;"[12][13]

¶5. D1 in conspiracy or hoax with D4 and/or D5 via dangerous transport kidnapped P to *M*oxy

---

[10] Federal statutes, laws, state statutes, and provisions under The Constitution of the United States ≡ *Rule of Law*. The *Rule of Law* is enumerated after the *Facts*; and, enumerated *Rule of Law* is listed using commas yet correspond to *Facts* as 'and/or' when applied; i.e., *Rule of Law 1, 2 ≡ Rule of Law 1* and/or *Rule of Law 2,* etc.

[11] P reserves the right to raise other allegations or federal statutes or any applicable law or conduct, occurrences or transactions or law, including state statute or municipal ordinance.

[12] E.B. White - got milk - and authored "Charlotte's Web" and "Elements of Style."

[13] Boston a.k.a. Bean Town, P's comic strip a.k.a. Wellbeans®.

Action S₁ 12.21.24

*Downtown.*[14][15]

*D1 Rule of Law*:

*1-6, 10, 12-18, S2, S5, S6, 19-21.*

II. Claim against D2 - The City of Delta

*D2 Facts*:

¶1. M 6 April, 2020 D2 kidnapped P from her vehicle, a 2004 Honda Element, in front of Lincoln Elementary School;[16]

¶2. M 6 April, 2020 D2 via dangerous transport transferred P to an undisclosed facility;

¶3. P suspects D2 was in conspiracy to kidnap P.

*D2 Rule of Law*:

*1-8, 10, 12-18, S1, S3, S4, 18-21.*

III. Claim against D3 - The City of Montrose

*D3 Facts*:

¶1. F 2 November, 2018 D3 unlawfully entered P's property;

¶2. F 2 November, 2018 D3 via dangerous transport kidnapped P to an undisclosed facility;[17]

¶3. T 18 December, 2018 D3 unlawfully entered P's property;

¶4. T 18 December, 2018 D3 via dangerous transport kidnapped P to an undisclosed facility;

¶5. $S_2$ 19 May, 2019 D3 unlawfully entered P's mom's property;

¶6. $S_2$ 19 May, 2019 D3 via dangerous transport kidnapped P to an undisclosed facility;

¶7. F 7 February, 2020 D3 unlawfully entered P's property;

¶8. F 7 February, 2020 D3 via dangerous transport kidnapped P to an undisclosed facility;

---

[14] Ds may be in conspiracy with Ds in Action $S_2$ 12.15.24.
[15] "Knight and Day" timestamp: 24:33.
[16] "Knight and Day" timestamp: 24:33.
[17] "Knight and Day" timestamp: 24:33.

Action $S_1$ 12.21.24

¶9. R 23 June, 2022 D3 unlawfully entered P's property;

¶10. R 23 June, 2022 D3 via dangerous transport kidnapped P to an undisclosed facility;

¶11. M 24 May, 2022 D3 unlawfully entered P's property;

¶12. M 24 May, 2022 D3 via dangerous transport kidnapped P to an undisclosed facility;

¶13. $S_2$ 29 May, 2022 D3 unlawfully entered P's property;

¶14. $S_2$ 29 May, 2022 via dangerous transport kidnapped P to an undisclosed facility;

¶15. P suspects D3 was in conspiracy to kidnap P.

*D3 Rule of Law*:

*1-18, S1, S3, S4, 18-21.*

IV. <u>Claims against D4 - International Hostel USA</u>

*D4 Facts*:

¶1. R 18 August, 2022 D4 helped themselves to P's milk;

¶2. R 18 August, 2022 D4 helped themselves to P's groceries;

¶3. R 18 August, 2022 D4 kidnapped P after P emerged from the shower room just after midnight;

¶4. D4 in conspiracy or hoax with D1 and/or D5 kidnapped P to *Moxy Downtown*.[18][19]

¶5. P paid in full for P's accommodations at D4 until R 1 September, 2022;

¶6. P had a yearlong membership at D4 as required by D4.

*D4 Rule of Law*:

*2-4, 6, 8, 10-17, S2, S5, S6, 18-21.*

V. <u>Claims against D5 - New England Law</u>

*D5 Facts*:

---

[18] D1 and/or D6 may be in conspiracy with Ds in Action $S_2$ 12.15.24.
[19] "Knight and Day" timestamp: 24:33.

Action $S_1$ 12.21.24

¶1. R 18 August, 2022 D5 in conspiracy or hoax with D1 and/or D4 kidnapped P to *Moxy Downtown*;[20]

¶2. D5's fraud or hoax includes stating the United States government placed the two flags on P;

¶3. R 18 August, 2022 D5's kidnap and/or fraud and/or hoax caused P to arrive at D5's Cherry Room disheveled and disorientated carrying two pieces of luggage;

¶4. D5's fraud or hoax includes offering P a scholarship;

¶5. D5's fraud or hoax includes providing P with poor grades;

¶6. D5's fraud or hoax in conspiracy with D1 and/or D4 includes totally limiting P the ability to find suitable accommodations after W 17 August, 2022, whereby forcing P to live in a luxury studio priced and situated way above P's head;

¶7. D5's fraud or hoax includes refusal to be a place of safety for P;

¶8. D5's fraud or hoax includes D5's refusal to help P remove the alleged two flags until after P's fall finals;

¶9. D5's fraud or hoax includes removal of P's school locker to an undisclosed location the day after P, in Constitutional Law, said the state of Delaware removed persons along the waterway, including indigenous persons;

¶10. D5's fraud or hoax includes stating P owed D5 USD 0.90 after P paid P's tuition in full;

¶11. D5 refused P admittance as a second semester student in Spring 2024;

¶12. D5 refused to provide a letter of P's good standing in 2023;

¶13. D5 provided a letter of P's good standing in 2024.

*D5 Rule of Law*:

*2-10, 14-18, S5, S6, 19-21.*

---

[20] "Knight and Day" timestamp: 24:33.

Action S1 12.21.24

E. REQUEST FOR RELIEF

Dianna Grace Reuter and 724 N 4th Street; Montrose, CO 81401
                    (name)                    (mailing address)
(1. *States the relief I am requesting*; *or*, 2. *States what I want the Court to do.*)

1. Generally, Ds are respectfully requested, on their honor, to return P's taxes and/or utility payments and/or tuition and/or housing or accommodations paid to Ds to cover P's water, protection, trash and recycling pick-ups, housing or accommodations or education, and space. The USD amount to be determined is estimated at USD 400,000.00, to be paid by Ds in proportion to Ds' willful and wanton damage to P. Ds' portion of damages to P are to be determined by the Court. Specifically, D1 and D4 are respectfully requested, on their honor, to return P's milk and grocery money, USD 25.00 split equally - D1, USD 12.50, D4, USD 12.50; or,

2. The Court is respectfully requested to determine a just and proper remedy and/or award in USDs.

F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.[21] *See* 28 U.S.C. 1746; 18 U.S.C. 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying

---

[21] Complaint ≡ Action.

        Action S₁ 12.21.24

existing law: (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity to further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(P's signature)

Action S₁ 12.21.24